☐ ORIGINAL

United States District Court
Eastern District of New York
----------------------------------------------------------------X

Deotha Woodburn, Soung Lanaza
                            Plaintiff

GARAUFIS, J.
BLOOM, M.J.

Against

Jury Trial: Yes

Secretary of the State of Florida, George A. Sheldon,
State of Florida Department of Children and Family Services;
State of Florida Department of Social Services Southern
Region; Nakeitha Sweeting Hodrick—Vice President &
Director of Operations of Kids Hope United, Inc., Our Kids, Inc.
Kids Hope United, Inc.
                          Defendants
----------------------------------------------------------------X

09 1364

RECEIVED
MAR 3 0 2009
PRO SE OFFICE

I.    Parties:     Deotha Woodburn
                           Soung Lanaza
         Plaintiffs   Deotha Woodburn & Soung Lanaza reside at 937 East 56th Street
                         #2A, Brooklyn, New York 11234.
         Defendant   George A. Sheldon, Secretary of the State of Florida resides: 1317
                         Wine Wood Blvd., Tallahassee, Florida 32399-0700, Room 202.

                         State of Florida Department of Social Services, Southern Region-
                         Circuits 11 & 16, 401 N.W. 2nd Avenue (S-621), Miami, Florida
                         33128.

                         Our Kids Inc., Frances Allegra Director of Operations, 401 N.W.
                         2nd Avenue, Southern Tower, 10th Fl, Miami, Fl. 33128

                         Kids Hope United: Nakeitha Sweeting Hodrick—Vice President &
                         Director of Operations 10720 Caribbean Blvd., Ste. 500, Cutler
                         Bay, Florida 33189

II.    The Jurisdiction of the Court is invoked pursuant to Federal Question and Diversity of Citizenship.

III.    Statement of Claim: On August 1, 1999, Soung Lanaza, maternal niece and foster child was brought to New York, to foster parent/maternal aunt, Deotha Woodburn, through the inter-state compact, which provided foster child basic Florida payment, and additional instructions for foster parent to make the application for SSI benefits on Soung Lanaza's behalf as part of the medical and financial plan. In 1999, Deotha Woodburn, foster parent, made application for SSI benefits as required. On February 25, 2002, the Dept. of Children and Family Services motioned the Circuit Court of the 11th judicial circuit (Miami County,

Florida) Juvenile Dependency division, to terminate supervision. That motion was granted and long term custody was given to maternal aunt, foster mother, Deotha Woodburn. And the court ordered the case closed. After the court ordered custody to Ms. Woodburn, State of Florida Department of Social Services Southern Region through and under the direction of their umbrella agency, DCF, then applied to be representative payee for Soung's SSI benefits. After that DCF privatized in 2004, making Our Kids, Inc. the payee for Soung's benefits. Kids Hope United are responsible for the management of Soung's case, yet they acted in collusion with the other parties to continue to deny Soung her SSI benefits after closing of the case. It is alleged that defendants have also violated the 5th & 14th amendments under the Law,. And misappropriation of Federal Funds.

IV. Remedy: Retroactive SSI benefits for 7+ years (since case was closed)

Punitive damages.

March 39 2009
Date

Deotha Woodbu
Sign Your Name

347 865-3801
Telephone Number

** Plaintiff Soung Lanaza is unable to sign due to her status as a minor and special needs condition of mild Retardation and Multiple Disabilities.