UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  09-20981-CIV-SCOLA/BANDSTRA-RNS

SOUNG LANAZA, by and through her next friend
and Attorney ad litem, The University of Miami
Children and Youth Law Clinic,

                    Plaintiff

v.

STATE OF FLORIDA DEPARTMENT
OF CHILDREN AND FAMILIES;
NEKEITHA SWEETING HODRICK, individually,
OUR KIDS, INC., ONE HOPE UNITED, INC.,
formerly known as KIDS HOPE UNITED, INC.,
FRANCES ALLEGRA, individually and ESTATE
OF OLGA ROJAS,
                    Defendants
_____/

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, SOUNG LANAZA, by and through her next friend

and Attorney ad litem, The University of Miami Children and Youth Law Clinic, by and

through undersigned counsel and hereby files this Notice of Settlement.  The Plaintiff has

reached a settlement with all Defendants, STATE OF FLORIDA DEPARTMENT OF

CHILDREN AND FAMILIES; ESTATE OF OLGA ROJAS; OUR KIDS, INC.;

FRANCES ALLEGRA; ONE HOPE UNITED, INC. f/k/a KIDS HOPE UNITED, INC.;

and NAKEITHA SWEETING HODRICK, which will resolve the pending matter

entirely.  Upon exchange and execution of appropriate settlement documents, the parties

will file a Motion for Approval of Settlement.  Although the Plaintiff is no longer a

minor, she is a disabled adult, and a Guardianship action is currently pending in the

Kings County Supreme Court of New York.

1

Dated this 11th day of June 2012.

Respectfully submitted,

/s/Howard M. Talenfeld
HOWARD M. TALENFELD, ESQ.
Florida Bar No. 312398
STACIE J. SCHMERLING, ESQ.
COLODNY FASS TALENFELD
KARLINSKY & ABATE, P.A.
One Financial Plaza, 23rd Floor
100 S. E. Third Avenue
Fort Lauderdale, FL 33394
Telephone:    954 492 4010
Facsimile:     954 492 1144
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 11th day of June, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record or pro se parties identified on the service list in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

/s/Howard M. Talenfeld
HOWARD M. TALENFELD, ESQ.
Florida Bar No. 312398
STACIE J. SCHMERLING, ESQ.
Florida Bar No. 0083862

## SERVICE LIST

Deotha Woodburn
937 East 56 Street, #2A
Brooklyn, NY 11234
(Former Pro Se Plaintiff)

Craig S. Hudson, Esq.
Jeannie Liebegott, Esq.
Marshall Dennehey Warner Coleman & Goggin
One East Broward Blvd., Suite 500
Fort Lauderdale, FL 33301
Counsel for Kids Hope United Florida Region, Inc., and Nakeitha Sweeting Hodrick
served via CM/ECF
Email:  cshudson@mdwcg.com

Blake S. Sando, Esq.
Cody German, Esq.
Cole Scott & Kissane, P.A.
Dadeland Centre II – 14th floor
9150 South Dadeland Blvd.
Miami, FL 33156
Counsel for Defendant, Our Kids, Inc., and Frances Allegra served via CM/ECF
Email:  Blake.Sando@csklegal.com

Monica Galindo Stinson, Esq.
Charles Fahlbusch, Esq.
Assistant Attorney General
Office of the Attorney General
110 S. E. 6 Street, 10th floor
Fort Lauderdale, FL 33301
Counsel for State of Florida Department of
Children & Families and Estate of Olga Rojas served via CM/ECF
Email:  monica.stinson@myfloridalegal.com

Bernard Perlmutter, Esq.
University of Miami School of Law
Children & Youth Law Clinic
1311 Miller Drive, Suite F-305
Coral Gables, FL  33146
Next Friend for the Minor Plaintiff
Email: bperlmut@law.miami.edu